UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWAYNE TILLERY, | Case No.  3:20-cv-00004-RFB-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| SCOTT ADAMSON, *et al*., | |
| Defendants. | |

I.      **DISCUSSION**

On January 2, 2020, Plaintiff, then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1-1.)

On November 2, 2020, following confirmation from the NDOC inmate database that Plaintiff Dwayne Tillery (#32659) had died on October 19, 2020, the Court issued an order allowing a 90-day period from the date of that order for a motion for substitution to be filed by any party or by the decedent's successor or representative.  (ECF No. 3).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Fed. R. Civ. P. 25(a)(1).

The 90-day period has passed and there has been no motion for substitution.  As such, the Court dismisses the case.

. . .

. . .

. . .

1

**II.     CONCLUSION**

2         For the foregoing reasons, it is ordered that the Court dismisses this case without

3  prejudice pursuant to Fed. R. Civ. P. 25(a)(1).

4         It is further ordered that the Clerk of the Court will close the case and enter

5  judgment accordingly.

6

7         DATED:  March 12, 2021.

8

9  _____
   RICHARD F. BOULWARE
10 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28